AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DECARLO LAMONT WHITLEY ) | Case No: 3:02CR00161-001 |
| ) | USM No: 15067-058 |
| Date of Previous Judgment: 12/18/2003 ) | Randolph Lee |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ **DENIED.** ❏ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 23          Amended Offense Level: 23
Criminal History Category: V        Criminal History Category: V
Previous Guideline Range: 84 to 105 months   Amended Guideline Range: 84 to 105 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   No change since the guideline calculations were controlled by the § 922(g) violation in this case.

**III. ADDITIONAL COMMENTS**
The defendant is also serving a 60-month consecutive sentence on Count Two for a conviction of 18 U.S.C. § 924(c).

Except as provided above, all provisions of the judgment dated   12/18/2003   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   April 20, 2009

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge